Per Curiam.
 

 The Court is of opinion, that a bill of Sfidictmcnt ha\ing been found against the Defendant in
 
 *184
 
 the County Court, at December Sessions in 1822, for the same offence, is no defence against the present indictment in the Superior Court; inasmuch as it appears 0H the pleadings, that a
 
 nolle prosequi
 
 had been entered on the said first indictment prior to the time
 
 of
 
 pleading in this. That as tjie effect of a
 
 nolle prosequi
 
 is to put the Defendant, without day, upon tiiat indictment, he becomes, while he is so, amenable on another indictment in any Court having jurisdiction of the offence; otherwise a
 
 nolle prosequi
 
 would operate as a bar to any other prosecution. The power of issuing new process after a
 
 nolle prosequi,
 
 cannot affect this question, because no process lias been issued. The plea is, therefore, insufficient and must be overruled. — Judgment reversed.